**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

CIVIL ACTION NO. 19-105-DLB-EBA

LORETTA KEATHLEY                                                   PLAINTIFF

v.                  **ORDER ADOPTING RECOMMENDED DISPOSITION**

WALMART INC., et al.                                        DEFENDANTS

*** *** *** *** *** ***

This matter is before the Court upon the March 19, 2020 Recommended Disposition of United States Magistrate Judge Edward B. Atkins (Doc. # 17), wherein he recommends that Plaintiff's Motion to Remand (Doc. # 9) be granted.

No objections having been filed, and the time to do so having now expired, the Recommended Disposition is ripe for the Court's consideration. The Court having reviewed the Recommended Disposition, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Recommended Disposition (Doc. # 17) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Plaintiff's Motion to Remand (Doc. # 9) is **GRANTED**; and

(3) This case is **REMANDED** back to the Pike County Circuit Court and **STRICKEN** from the Court's active docket.

1

This 7th day of April, 2020.



Signed By:
*David L. Bunning*  DB
United States District Judge

J:\DATA\ORDERS\PikeCivil\2019\19-105 Order Adopting DE 17.docx